UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

E. K.,

        Plaintiff,

    v.

UNITED STATES OF AMERICA
(FEDERAL BUREAU OF PRISONS),

        Defendant.

Case No. 26-cv-00607-HSG

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby **REFERRED** to the Honorable Yvonne Gonzalez Rogers for consideration of whether the case is related to *A.L. v. United States of America et al*, No. 24-cv-06580-YGR.

**IT IS SO ORDERED.**

Dated:   1/22/2026

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge